FILED
United States Court of Appeals
Tenth Circuit

February 19, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| In re: HAROLD G. HELGESON,<br><br>Petitioner. | No. 09-1564<br>(D.C. No.1:09-CV-01332-WYD) |

---

**ORDER**

---

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1 and 3.3(B).


Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 19, 2010 | Douglas E. Cressler<br>Chief Deputy Clerk |

Harold G. Helgeson
FCI - Englewood
9595 West Quincy Avenue
Littleton, CO 80123
#08804-046

**RE:**    **09-1564, In re: Helgeson**
         Dist/Ag docket: 1:09-CV-01332-WYD

Dear Petitioner:

Enclosed is a copy of a final order dismissing the appeal today in the captioned case.

Please contact this office if you have questions.

                                        Sincerely,

                                        *Elisabeth A. Shumaker*

                                        Elisabeth A. Shumaker
                                        Clerk of the Court

cc:    Lisa A. Christian

EAS/sds